IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-00590-CMA-CBS

JAYMEE BARRINGTON,

    Plaintiff,

v.

UNITED AIR LINES, INC.,

    Defendant.

---

**ORDER DENYING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT (DOC. # 22)**

---

This matter is before the Court on Defendant's Motion for Summary Judgment filed on January 13, 2016. (Doc. # 22.) Plaintiff filed a response to that motion on April 21, 2016. (Doc. # 36.) Upon review of the parties' briefing and the evidence referenced therein, the Court determines that genuine issues of material fact preclude the Court from granting the summary judgment motion.

Accordingly, the Court ORDERS that Defendant's Motion for Summary Judgment (Doc. # 22) is DENIED.

DATED: April 22, 2016                                        BY THE COURT:

                                                                          *Christine M Arguello*

                                                             CHRISTINE M. ARGUELLO
                                                             United States District Judge